United States District Court
Southern District of Texas
**ENTERED**
July 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESUS BADILLO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-1441 |
| § | |
| DIRECT ENERGY, LP, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal with prejudice, this action is DISMISSED with prejudice.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this 10th day of July, 2017, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**